ENTER JS6

FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOCELYN B., etc., et al.,       )   NO. CV-06-4067 R(MANx)
                                )
         Plaintiffs,            )   JUDGMENT ON ACCEPTED OFFER
                                )   [Fed.R.Civ.P. Rule 68(a)]
vs.                             )
                                )
CALIFORNIA DEPARTMENT           )
OF EDUCATION et al.,            )
                                )
         Defendants.            )
_____)

Pursuant to Fed.R.Civ.P. Rule 68(a), JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

 1. Plaintiff JOCELYN B. shall recover a total of $37,500.00 from defendants HILLSIDES HOME FOR CHILDREN, HILLSIDES EDUCATION CENTER, JOHN HITCHCOCK and KERRY WEBBER (collectively, "Defendants"), which amount is inclusive of costs and attorney's fees accrued at the time of Defendants' offer under Fed.R.Civ.P. Rule 68(a).

 2. Plaintiff AMANDA B. shall recover a total of $37,500.00 from Defendants, which amount is inclusive of costs and attorney's fees accrued at the time of Defendants' offer under Fed.R.Civ.P. Rule 68(a).

3. Plaintiff CHRIS B. shall recover a total of $37,500.00 from Defendants, which amount is inclusive of costs and attorney's fees accrued at the time of Defendants' offer under Fed.R.Civ.P. Rule 68(a).

4. Plaintiff ANDREW B. shall recover a total of $37,500.00 from Defendants, which amount is inclusive of costs and attorney's fees accrued at the time of Defendants' offer under Fed.R.Civ.P. Rule 68(a).

5. Payment of the sums set forth above shall constitute full and complete compensation for any and all claims, liabilities and causes of action, whether known or unknown, suspected or unsuspected, that plaintiffs JOCELYN B., AMANDA B., CHRIS B. and/or ANDREW B. asserted or could have asserted in this action against any of Defendants, or against any of Defendants' agents, attorneys, insurers, contractors, subcontractors, employees, officers, predecessors- and successors-in-interest, for injury or damage of any kind or nature whatsoever.

6. Plaintiffs and Defendants shall bear their own respective costs and attorney's fees.

DATED: July 11, 2008

UNITED STATES DISTRICT JUDGE
**MANUEL L. REAL**